UNITED STATES DISTRICT COURT
NORTHERN DISTRICT O F NEW YORK

---

WILLIAM MAHAR, and Others Similarly Situated,

                          Plaintiffs,

vs.

RESERVEAMERICA,

                          Defendant.

**STIPULATION OF DISCONTINUANCE**
Civil Action No.: 04-CV-0697 (FJS/RFT)

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice and on the merits, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August  2005

_____
Alan S. Kaufman, Esq.
Attorneys for William Mahar
Office and Post Office Address
35 Fuller Road
Albany, New York 12205
Telephone: (518) 435-9426

SO ORDERED

_____
FREDERICK  SCULLIN, JR.

10/14/05

_____
George E. DeMore, Esq.
**SUGARMAN LAW FIRM, LLP**
Attorneys for ReserveAmerica
360 South Warren Street
HSBC Center, Fifth Floor
Syracuse, New York 13202-2680
Telephone: (315) 474-2943

SUGARMAN LAW FIRM, LLP • 360 SOUTH WARREN STREET • SYRACUSE, NY 13202-2680